**FILED**

JUN 2 6 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULA J. KARAS, )
)
Plaintiff, )
)
v. ) Civil Action No. **12 1048**
)
CENTRAL INTELLIGENCE AGENCY, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The application will be granted, and the complaint will be dismissed.

The plaintiff alleges that defendant violated her constitutional right "to injunctive relief as a documented victim." Compl. at 1. In the attached "Affidavit of [F]acts," plaintiff states:

> In the year of 2008 the plaintiff and her friend . . . were in the state of Florida vacationing. The plaintiff tried to seek injunctive relief as a well established documented victim through the Florida United States Justice Department. However the plaintiff could not receive injunctive relief through the Florida United States Justice Department. The plaintiff clearly knowing that the defendants had knowledge of the plaintiff's documented complaint case . . . [yet] the plaintiff still has not received injunctive relief as a victim from the defendants.

*Id.* at 2.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum

standard of Rule 8 is to give fair notice to the defendant of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). As drafted, the plaintiff's complaint fails to comply with Rule 8(a). It neither describes the events which have rendered her a "documented victim," nor states the injunctive relief she demands. According, the complaint will be dismissed without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 6/21/12

_____
United States District Judge